In the Matter of the Claim of ALONZO A. DINGEE, Respondent, against DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by striking out fifteen dollars and thirty-nine cents and in place thereof substituting eight dollars, on the ground that the employment was seasonal (*Gruber* v. *Kramer Amusement Corp.*, 207 App. Div. 564); that there is no evidence to support the weekly wage found, and

the award should be made under subdivision 6 of section 15 of the Workmen's Compensation Law; and as so modified the award is affirmed. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of Mrs. JOHN WESTLAKE, Respondent, against FARWELL & RHINES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of OTTO SCHLAGEL, Respondent, against JOHN J. DREWS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.